UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Emily Coulter, | ) Case No.: 5:18-CV-01538-JLS |
| Plaintiff, | ) |
| vs. | ) **ORDER QUASHING** |
| | ) **DEFENDANT CHASE'S SUBPOENA** |
| Experian Information Solutions, Inc.; Chase Bank USA, N.A., | ) |
| Defendants. | ) |

After considering the Motion to Quash filed by Coulter Credit in this matter, and for good cause;

Coulter Credit's Motion to Quash is hereby **GRANTED.**

It is so ORDERED.

Dated: *April 24, 2019*

Hon. Jeffrey L. Schmehl, USDJ