# EXHIBIT J

1    A.    Yeah.

2    Q.    Do you know for a fact that

3 Chase is the entity that reports what's

4 in the date of status field?

5    A.    No.

6    Q.    What are you looking for

7 Chase from this lawsuit?

8    A.    Damages.

9    Q.    And what are your damages?

10   A.    My damages would be that

11 there was incorrect information on my

12 credit report.

13   Q.    Are you able to monetize

14 those damages?

15        MR. ZEMEL:  Object to form.

16        THE WITNESS:  I don't know.

17 BY MS. PERKINS:

18   Q.    Are you able to tell me

19 today what figure represents your

20 damages, what monetary figure represents

21 your damages?

22   A.    No.  I personally can't tell

23 you that.

24   Q.    Can you tell me how you were

1 damaged?

2     A.    My rights were violated.

3 Dates were changed on my credit report

4 that were inaccurate.

5     Q.    And can you tell me if the

6 date of status as you allege being

7 inaccurate, did that lead to -- did that

8 lead to you being damaged?

9     A.    My rights were violated.

10     Q.    Did you have any other types

11 of damages?  Can you point to a number

12 and say Chase is responsible for X

13 because of this?

14     A.    No.

15     Q.    Are you aware that your

16 counsel, not Mr. Zemel, but Mr. Linker,

17 represented to the Court that you don't

18 have actual damages in this lawsuit?

19     A.    No.

20     Q.    Do you know the difference

21 between actual damages and statutory

22 damages?

23     A.    No.

24     Q.    If you were sitting right

1    now before the judge and the judge asked

2    you, what are your actual damages, could

3    you quantify that for me, what would you

4    say?

5            A.    I would say I don't know.

6            Q.    You previously mentioned

7    that you filed for BK.  Right?

8            A.    Yes.

9            Q.    And when did you file for

10   bankruptcy?

11           A.    April of '15.

12           Q.    And did you file jointly or

13   as a single debtor?

14           A.    Single debtor, I believe.

15           Q.    Was anybody involved in your

16   bankruptcy petition?  Did you file

17   bankruptcy with your husband?

18           A.    Yes.

19           Q.    So I'm going to represent

20   for you that that was actually a joint

21   bankruptcy.

22           A.    Okay.

23           Q.    Now, why did you -- what led

24   to you filing for bankruptcy?

1    score.   What's your understanding of what

2    a credit score is?

3            A.    It's a number that says how

4    good your credit is.

5            Q.    And do you know what your

6    credit score is sitting here today?

7            A.    No, I don't.

8            Q.    Do you know what your credit

9    score was in August of 2017 when you

10   believe the letters were transmitted to

11   Experian about the Chase reporting?

12           A.    No, I don't.

13           Q.    Was there ever a time that

14   you knew what your credit score was?

15           A.    Yeah.

16           Q.    And when was that?

17           A.    I don't know.

18           Q.    Do you recall what that

19   credit score number was?

20           A.    I would be guessing.

21           Q.    So sitting here today, you

22   don't know what your credit score is.

23           A.    No, not the exact score, no.

24           Q.    In this Interrogatory

1  response, it states that the reporting of

2  the date of status for Chase as not being

3  April of 2015 lowered your credit score.

4          A.      Yes.

5          Q.      How do you know it lowered

6  your credit score?

7          A.      Because it changed the date

8  to a sooner date, so it would make sense

9  that --

10          Q.      Did you check to see if your

11  credit score was lowered?

12          A.      My husband would have.  I

13  did not.

14          Q.      Did you ask your husband if

15  your credit score was lowered?

16          A.      He told me it was.

17          Q.      Okay.

18          A.      Or -- I don't know what he

19  said, but that was my idea of it.

20          Q.      It also says that your date

21  of status gave third parties the

22  assumption that you're not creditworthy.

23  To the extent you know, why would an

24  incorrect date of status infer to third