IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMILY COULTER,<br>  Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.C.,<br>  Defendant. | CIVIL ACTION<br>No. 18-1538 |

## ORDER

**AND NOW**, this 30th day of September, 2020, upon review of Plaintiff's Motion for Summary Judgment (ECF No. 84) and Defendant's Motion for Summary Judgment (ECF No. 86), and all materials in support and opposition, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** and Defendant's Motion is also **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.